FILED
8/27/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN SOLIS | Case No. 1:26-cr-00464<br>Judge Matthew F. Kennelly<br>Magistrate Judge Maria Valdez<br>Random/Cat. 4<br><br>Violations: Title 18, United States Code, Sections 2251(a), 2252A(a)(2)(A), 2252A(a)(5)(B), and 2252A(b)(2)<br><br>**Under Seal** |

**COUNT ONE**

The SPECIAL JANUARY 2026 GRAND JURY charges:

On or about May 27, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, did knowingly use, persuade, induce, entice, and coerce a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a digital image file identified as "(unnamed).jpg," and digital video files identified as "(unnamed)(2).mp4," "(unnamed)(3).mp4," "(unnamed)(4).mp4," and "(unnamed)(5).mp4," which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about June 14, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, did knowingly use, persuade, induce, entice, and coerce a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a digital video file titled "771609424.3gp," which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about June 15, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, did knowingly use, persuade, induce, entice, and coerce a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, digital video files titled "771660736.3gp," "771660771.3gp," and "771660895.3gp," which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT FOUR**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about June 22, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, did knowingly use, persuade, induce, entice, and coerce a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a digital image file titled "772320975.jpg," which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT FIVE**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about August 12, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including digital video files identified as "video000000(28).mp4," "video000000(30).mp4," and "video000000(35).mp4," using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNT SIX**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about August 24, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, did knowingly use, persuade, induce, entice, and coerce a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a digital video file titled "76abf2f7-eb2d-4c07-9143-e1b4019880e4.mp4," which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT SEVEN**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about October 25, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, did knowingly use, persuade, induce, entice, and coerce a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a digital image file received by defendant at approximately 10:52 a.m., and a digital image file received by defendant at approximately 11:16 a.m., which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT EIGHT**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about December 16, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an approximately 21-second digital video file sent at approximately 6:12 p.m., an approximately 9-second digital video file sent at approximately 6:22 p.m., and an approximately 10-second digital video file sent at approximately 6:27 p.m., using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNT NINE**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about January 5, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an approximately 14-second digital video file received at approximately 11:12 p.m., using any means and facility of interstate and foreign commerce, and which images and videos had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNT TEN**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about August 12, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an approximately 1-minute and 2-second digital video file sent at approximately 7:45 p.m., an approximately 2-minute and 14-second digital video file sent at approximately 8:00 p.m., and an approximately 2-minute and 28-second digital video file sent at approximately 8:00 p.m., using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNT ELEVEN**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about November 5, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including digital image and video files titled "New CP 44," "Rape nw," "best CP collection," and "Child," using any means and facility of interstate and foreign commerce, and which images and videos had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNT TWELVE**

The SPECIAL JANUARY 2026 GRAND JURY further charges:

On or about November 13, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NATHAN SOLIS,

defendant herein, knowingly possessed material, namely, a Samsung Galaxy S25+ smartphone, bearing serial number R3CY108BEFH, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2026 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 2251 or 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains a visual depiction described in Title 18, United States Code, Sections 2251 and/or 2252A; any property constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property used or intended to be used to commit or to promote the commission of such offenses, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes but is not limited to the following: one Samsung Galaxy S25+ smartphone, bearing serial number R3CY108BEFH.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY